Decided July 16, 1998

HARRY R. SCHUH *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 547 (AC 17236), is denied.

*Norman B. Teague,* in support of the petition.

*Alan N. Ponanski,* assistant attorney general, in opposition.

Decided July 16, 1998